**Roderick COUSER, Appellant,**

v.

**STATE of Missouri, Respondent.**

**No. WD 64937.**

Missouri Court of Appeals, Western District.

June 27, 2006.

Jeannie M. Willibey, Kansas City, MO, for appellant.

Shaun J. Mackelprang, Jefferson City, MO, for respondent.

Before: ELLIS, P.J., LOWENSTEIN and SPINDEN, JJ.

## ORDER

PER CURIAM.

Movant plead guilty to one count of the felony of statutory rape and three misdemeanor counts of second-degree child molestation. After receiving a suspended execution of sentence, he violated probation and was required to serve his original sentence. Movant filed for relief under Rule 24.035. Movant asserted on appeal that counsel coerced him into the guilty plea and misled him as to the outcome, if he had gone to trial. Affirmed. Rule 84.16(b).